B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Northern District Of Illinois

In re:   Shirley Pridgeon                               ,          Case No.   18-17113

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PHH Mortgage Corporation | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PHH Mortgage Corporation
Bankruptcy Department
1Mortgage Way, Mail Stop SV-22
Mt. Laurel, NJ 08054

Phone:   (888) 554-6599

Email:   BKTrusteeQueries@ocwen.com

Last Four Digits of Acct #:   0827

Court Claim # (if known):   19-1

Amount of Claim:   214711.93

Date Claim Filed:   8/20/2018

Phone:   (888) 554-6599

Email:   BKTrusteeQueries@ocwen.com

Last Four Digits of Acct #:   0827

Name and Address where transferee payments should be sent (if different from above):

PHH Mortgage Corporation
P. O. Box 371458
Pittsburgh, PA 15250-7458

Phone:   (888) 554-6599

Last Four Digits of Acct #:   0827

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Marilyn Solivan_       Marilyn Solivan       Date:   March 5th 2019
                            Contract Management Coordinator
Transferee/Transferee's Agent

By Ocwen Loan Servicing LLC as
authorized agent for PHH Mortgage Corporation

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.